JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARTIN ARANA, <br><br> Plaintiff, <br><br> vs. <br><br> GOLDMAN SACHS BANK USA; <br><br> Defendant(s). | Case No. CV 20-6123-MWF (JPRx) <br><br> **ORDER** |

The Court, having reviewed the Stipulation for Dismissal with Prejudice by and between Plaintiff Martin Arana and Defendant Goldman Sachs Bank USA,

IT IS ORDERED that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 27th day of October, 2020.

_____
**MICHAEL W. FITZGERALD**
UNITED STATES DISTRICT JUDGE